1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
2 | ccardon@sheppardmullin.com
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
3 | baigboboh@sheppardmullin.com
ALYSSA SONES, Cal. Bar No. 318359
4 | asones@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
5 | Los Angeles, California 90067-6055
Telephone:   310.228.3700
6 | Facsimile:    310.228.3701

7 | *Attorneys for Defendant*
LENOVO (UNITED STATES) INC.
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:21-cv-06770-JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**DEFENDANT LENOVO (UNITED STATES) INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:   August 31, 2021<br>FAC Filed:           January 25, 2022<br>Trial Date:           None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (1) Lenovo Holding Company, Inc.; (2) Lenovo Group Limited; and (3) Legend Holdings Corp.

*Respectfully submitted*,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: February 22, 2022      By    /s/ Benjamin O. Aigboboh
P. CRAIG CARDON
BENJAMIN O. AIGBOBOH
ALYSSA SONES

*Attorneys for Defendant*
LENOVO (UNITED STATES) INC.

SMRH:4853-4940-8271.1

-1-   Case No. 4:21-cv-06770-JSW
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS