1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No.: 4:21-cv-06770-JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>[PROPOSED] **ORDER GRANTING SECOND STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES**<br>Re: Dkt. Nos. 41, 42<br><br>Action Filed:   August 31, 2021<br>FAC Filed:      January 25, 2022<br>Trial Date:      None Set |

Case No. 4:21-cv-06770-JSW

SMRH:4887-4427-1931.1

Having considered the Second Stipulation of Plaintiffs Andrew Axelrod and Eliot Burk (collectively, "Plaintiffs") and Defendant Lenovo (United States) Inc. ("Defendant"), to Extend Class Certification Deadlines, and GOOD CAUSE APPEARING, the COURT ORDERS as follows:

1. Plaintiffs' deadline to file motion for class certification and to serve expert disclosures and reports shall be May 8, 2023.

2. Plaintiffs' deadline to produce experts for deposition shall be June 26, 2023.

3. Defendant's deadline to file opposition to motion for class certification and to serve expert disclosures and reports shall be August 21, 2023.

4. Defendant's deadline to produce experts for deposition shall be October 2, 2023.

5. Plaintiffs' deadline to file reply re motion for class certification shall be October 30, 2023.

6. The hearing on the motion for class certification shall be on December 1, 2023 at 9:00 a.m. ~~or on a later date set by the Court~~.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2022     By: _____
Hon. Jeffrey S. White
United States District Judge

-1-    Case No. 4:21-cv-06770-JSW

SMRH:4887-4427-1931.1