**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO. 4:21-cv-06770-JSW-RMI |
| vs. | |
| LENOVO (UNITED STATES) INC., a Delaware corporation, | |
| Defendant. | |

**EXPERT OPINION OF CLAUDIU V. DIMOFTE, PH.D.**

**November 22, 2023**

2023 © Claudiu Dimofte, PhD

# TABLE OF CONTENTS
## EXPERT OPINION OF CLAUDIU V. DIMOFTE, PH.D.

**I. INTRODUCTION** ........................................................................................ 2

   A. Qualifications ......................................................................................... 3

   B. Background ............................................................................................. 4

   C. Assignment ............................................................................................ 4

   D. Summary of Conclusions ....................................................................... 5

**II. STATISTICAL SAMPLING** ...................................................................... 5

   A. Definition and Purpose .......................................................................... 5

   B. Key Considerations ................................................................................ 5

   C. Sampling Approaches ............................................................................. 8

   D. Summary ................................................................................................. 8

**III. ESTABLISHING A SAMPLE POPULATION IN THE LENOVO CASE** ................... 9

   A. Purpose ................................................................................................... 9

   B. Best Practices ......................................................................................... 9

   C. Plaintiffs' Proposed Sampling Approach ..............................................10

   D. Defendant's Proposed Sampling Approach ......................................... 10

   E. Summary ............................................................................................... 11

**IV. CONCLUSIONS** ...................................................................................... 11

**Appendix A** ................................................................................................. 13

**Appendix B** ................................................................................................. 21

**Appendix C** ................................................................................................. 24

## EXPERT OPINION OF CLAUDIU V. DIMOFTE, PH.D.

## I. INTRODUCTION

1. I understand that the Plaintiffs in this matter, *Andrew Axelrod and Eliot Burke*, individually and on behalf of all others similarly situated, have brought an action against Lenovo Inc. ("Lenovo" or "Defendant"), arising out of allegedly false representations and advertising on its website (lenovo.com). I understand that the Plaintiffs in these matters allege, among other things, that Defendant "creates an illusion of savings on its website by advertising false regular prices and false discounts based on those prices,"[1] an unlawful marketing practice known as *false reference pricing*. In particular, it is alleged that "Lenovo displays false regular prices on its website and advertises false discounts based on those prices. The regular prices are false because they do not represent the price at which Lenovo actually sells its products. The discounts are false because they do not represent the actual savings obtained by customers."[2]

2. The Plaintiffs also allege that "Lenovo's use of false regular prices and false discounts is pervasive throughout its website"[3] and that Lenovo advertises false regular prices and false discounts for hundreds of products on its website every day. "The pervasive, ongoing nature of its pricing scheme demonstrates that false reference pricing is central to its overall marketing strategy."[4]

3. I was asked by EDGE, a Professional Law Corporation and Capstone Law APC, representing the Plaintiffs, to provide an expert opinion regarding the methodologically sound way in which the pervasive nature of Lenovo's price discounting conduct can be demonstrated. It is my understanding that Defendant alleges that producing the pricing and sales data for its entire product line during the class period represents an undue burden and that Plaintiffs and Defendant disagree on the way in which statistical sampling may be used to address the issue.

---

[1] *See* Case No. 4:21-cv-06770-JSW-RMI, United States District Court, Northern District of California ("First Amended Complaint" or "FAC"), ¶ 23.
[2] FAC, ¶ 1.
[3] FAC, ¶ 1.
[4] FAC, ¶ 11.

2023 © Claudiu Dimofte, PhD

A. Qualifications

4.  I am a tenured Professor of Marketing in the Fowler College of Business at San Diego State University and a Research Fellow at its Centre for Integrated Marketing Communications. I hold a doctoral degree in Marketing with a psychology minor from the Foster School of Business at the University of Washington in Seattle. My research interests span various areas of consumer psychology, with a focus on consumer response to marketing stimuli and its measurement via appropriate marketing metrics. My research has appeared in leading scholarly journals in the fields of marketing, consumer psychology, and management science.

5.  I have co-chaired major academic conferences in the marketing field and been a keynote speaker at practitioner/industry conferences. I have given invited research talks at numerous academic institutions across several continents and have served on the Editorial Boards of three of the leading academic journals in business: the *Journal of Consumer Psychology* (since 2012), the *Journal of the Academy of Marketing Science* (since 2017), and the *Journal of International Marketing* (since 2019).

6.  My consulting work has involved clients ranging from start-ups to non-profits and Fortune 500 companies, as well as expert witness research, reporting, deposition, and testimony in consumer-related litigation.

7.  Over more than two decades of academic and consulting research I have been involved in hundreds of research projects and I am well equipped to perform scholarly and applied work from both theoretical and methodological perspectives.

8.  In particular, my survey research experience includes performing and supervising hundreds of surveys at all stages, including the methodologically rigorous selection of appropriate samples from the population of interest. One of my research interests involves the appropriate use of methodological approaches in marketing research, including the development of rigorous scales and their associated psychometric properties.

9.  My curriculum vitae, which provides more details about my background as well as a detailed list of my professional publications for at least the past ten years, is attached hereto as Appendix A. A list of cases where I provided expert deposition or testimony in the preceding five years is attached hereto as Appendix B.

10. I was paid a flat fee as compensation for this assignment. Given the associated time commitment, my compensation averages $1,000 per hour and is not contingent upon the outcome of the case.

2023 © Claudiu Dimofte, PhD

B. Background

11. Lenovo is the U.S. subsidiary of Lenovo Group Limited, a Chinese multinational technology company.[5] Although Lenovo does not have physical retail stores in the U.S., it "markets and sells its products and services directly to customers through its website, lenovo.com."[6]

12. Plaintiffs allege that Lenovo's online success has in significant part resulted from a pricing strategy based on the use of false regular prices and false discounts.[7]

13. It is my understanding that Plaintiffs and Defendant do not agree on a methodology that allows for the assessment of the prevalence of price discounting on lenovo.com during the Class period.

C. Assignment

14. I was asked by EDGE, a Professional Law Corporation and Capstone Law APC, representing the Plaintiffs, to provide an expert opinion regarding the methodologically sound way in which the pervasive nature of Lenovo's price discounting conduct can be demonstrated.

15. To achieve this objective, I addressed the topic in a manner consistent with the scientific standards of my profession. In particular, my opinion references classic scholarly and applied work on statistics, sampling, and survey research, as well as their application in legal contexts (e.g., as described in the Federal Judicial Center's *Manual for Complex Litigation*).

16. The methodological issues discussed here involve established, valid, and reliable statistical constructs and principles that are representative of those used in marketing research science and practice. The arguments put forth herein can be relied upon to draw conclusions about the issue under consideration.

17. In formulating my opinion, I drew from my on expertise and considered the items cited in the footnotes to this report as well as other relevant scholarly literature. All sources are listed in Appendix C.

---

[5] FAC, ¶¶ 19.
[6] FAC, ¶¶ 21.
[7] FAC, ¶¶ 22.

2023 © Claudiu Dimofte, PhD

D. Summary of Conclusions

18. It is my professional opinion that the sampling approach proposed by Defendant is not in line with statistical best practices and cannot be employed to draw reliable conclusions about the prevalence of price discounting across Lenovo's product portfolio (and, therefore, to reliably establish the appropriate Class population). Alternatively, the approach proposed by Plaintiffs provides a clear and reliable way to accomplish that goal.

## II. STATISTICAL SAMPLING

A. Definition and Purpose

19. Statistical sampling entails drawing a set of observations (or elements – Scheaffer et al. 2006) from a population distribution (or universe). This subset of the population (i.e., *the sample* – Sudman 1976) is then used to learn about the entire population. In other words, "we wish to make an inference about the population on the basis of characteristics of the sample" (Scheaffer et al. 2006, p. 2).

20. As a practical matter, it is often difficult or even impossible to evaluate or measure all elements of a population. In such circumstances, sampling is employed to gather a limited amount of data that are presumed to be representative of the full population.

21. Although a sample provides only partial or imperfect information regarding the population, one can nonetheless draw parallels between the two. The population and the sample may each be described by descriptive measures, labeled *parameters* and *point estimates*, respectively.

22. The objective of sampling is to obtain estimates of the population parameters from information contained in the sample (Scheaffer et al. 2006). In short, "we are interested in characteristics of a certain population […], which [are] either impossible or at least very difficult to study in detail, and we try to estimate these characteristics basing our judgment on the sample" (Neyman 1934, p. 561).

B. Key Considerations

23. Given that the sample statistics are estimates of the population parameters, it is apparent that different individual samples from the same population will exhibit different such estimates (i.e., there are "inevitable differences between random samples and the population from which

they are drawn" – National Research Council 2011, p. 178). The extent of variation among sample estimates is referred to as the *sampling error* of the estimates – an indication of how closely a sample estimate approximates the corresponding population parameter. Thus, if a sample estimate has a small sampling error, it provides a good estimate for the corresponding population parameter (Freund and Wilson 2003).

24. Controlling the magnitude of the sampling error is done via randomization. A random sample is one where the selection of the specific population elements to be included is predominantly determined by chance (i.e., each possible sample of a specific size has an equal chance of being selected). Sample designs that are based on planned randomness are called *probability samples* (Scheaffer et al. 2006).

25. Indeed, Federal Judicial Center's *Manual for Complex Litigation* (2004) states that "the court should assure that any use of sampling in the context of class-related discovery provides a meaningful random, or at least objective, sample of data" (p. 257).

26. As a way to infer a population parameter, the point estimate associated with a particular sample does not include information on the reliability of the estimate. To improve this reliability, one can describe an interval (rather than a point) estimate, labeled a *confidence interval* (its lower and upper boundary values are known as *confidence limits*). The probability used to construct the interval defines its *level of confidence* (or confidence coefficient), typically described as a percentage (e.g., a 95% confidence interval).[8]

27. In short, "the confidence level indicates the percentage of the time that intervals from repeated samples would cover the true value" (National Research Council 2011, p. 248). The width of the confidence interval depends on three factors: the size of the sample (the larger the sample, the narrower the interval), variability of the measured characteristic, and the desired confidence level (National Research Council 2011).

28. According to basic statistical theory, sample size determination must satisfy two prespecified criteria: (1) a maximum error of estimation (i.e., the width of the confidence interval), and (2) the required level of confidence. In other words, one must establish both the degree of precision

---

[8]  Importantly, the confidence interval statement is not a probability statement. That is, one cannot say that with 95% probability the population parameter lies between the confidence interval limits. Instead, one can state that 95% of the intervals constructed in this manner will contain the true value of the population parameter. Thus, there are trade-offs in interval estimation such that one trades precision (i.e., a narrower interval) for higher confidence. In order to have more confidence without increasing the interval width (or to have a narrower interval without losing confidence), one must employ a larger sample size.

and the degree of confidence (Freund and Wilson 2003). With proper randomness in the sampling, estimates are unbiased and one can therefore make statements such as "we are 95% confident that our estimate will be within 2 percentage points of the true parameter" (Scheaffer et al. 2006, p. 10).

29. Thus, proper sampling methodology is characterized by the use of randomness in unit selection (in order to eliminate sampling bias) as well as the specification of acceptable levels of estimation error and related confidence (in order to enhance the reliability of the sample estimates).

30. To summarize, "a good survey defines an appropriate population, uses a probability method for selecting the sample, […], and gathers accurate information on the sample units. When these goals are met, the sample tends to be representative of the population. Data from the sample can be extrapolated to describe the characteristics of the population" (National Research Council 2011, p. 227).

C. Sampling Approaches

31. In probability sampling, each member of the target population has an equal chance of being selected as in the research sample. Specific methods to achieve this include random sampling techniques such as simple, systematic, stratified, and cluster randomization. As mentioned above, probability (i.e., random) sampling techniques feature less risk of bias in the results of the research, while the optimal sample size, sampling error, and confidence levels associated with the results can be established. In short, probability sampling allows for conclusions and inferences about the target population of a study.

32. Alternatively, in non-probability sampling the sample units are not randomly selected. Specific forms of non-probability sampling include purposive sampling (sample units are selected by the researcher), snowball recruiting (they are referred to the researcher), convenience sampling (they self-select into the sample), and others (see Vehovar et al. 2016). Importantly, non-probability sampling generally does not allow one to extend the observed results beyond the respective study (i.e., to a general population).

33. If an ability to make inferences about the overall population is desired, the simplest and most commonly employed sampling design involves simple random sampling (i.e., randomly sampling units from the population at large. However, if specific portions of the population contain relatively homogeneous units, stratified sampling is a more appropriate sampling method.

34. In stratified sampling, samples are taken independently in each population portion (or *stratum*), either randomly or systematically (Freund and Wilson 2003). A *stratified random sample* is one obtained by separating the population elements into mutually exclusive, non-overlapping groups (i.e., *strata*) and then selecting a simple random sample from each stratum (Scheaffer et al. 2006).

35. Stratified probability sampling can be used to obtain more precise estimates by using what is known about population characteristics that may be associated with the measured variables. For example, it is likely that within the college population the student athlete and non-athlete groups feature different rates of class absenteeism. By dividing the student population into athlete and non-athlete strata and then randomly sampling within each stratum, one could ensure that the sample contained precisely proportionate representation from each group (i.e., if 15% of students participate in collegiate sports, one could select 15% of the sample from the student athlete stratum and 85% from the non-athlete stratum to ensure a sample with proportionate representation from each stratum, reducing sampling error). In such proportionate stratified probability sampling (as in simple random sampling), each individual member of the population has an equal chance of being selected (National Research Council 2011).

36. In short, stratified sampling provides several advantages when addressing large populations, including the estimation of subpopulations, cross-sectional representativeness of the sample, efficiency, and improved data quality (Arnab 2017, Frankel 2013, Singh and Mangat 2013).

37. Finally, the use of stratified sampling is especially recommended in business contexts, given that differences in variances between categories are generally larger there than in human populations (Sudman 1976).

D. Summary

38. The ability to make inferences about a population of interest relies on the appropriateness of the sampling approach employed. To minimize the error associated with the observed sample estimates, best practice (in both scholarly and applied terms – including for litigation purposes) recommends the use of probabilistic (i.e., random) sampling methodologies. To enhance the representativeness of the sample in cases where subgroups of the target population feature different levels of variance, stratified random proportional sampling is the ideal approach.

2023 © Claudiu Dimofte, PhD

## III. ESTABLISHING A SAMPLE POPULATION IN THE LENOVO CASE

A. Purpose

39. Plaintiffs allege that "Lenovo's use of false regular prices and false discounts is pervasive throughout its website,"[9] which "demonstrates that false reference pricing is central to its overall marketing strategy."[10] It is my understanding that for the purposes of this sampling, Plaintiffs have agreed to limit the product population to laptops, desktops, tablets, and workstations sold on Lenovo's website from May 31, 2017 to April 30, 2022 ("Class period").

40. It is my understanding that Defendant has argued that producing pricing and sales data for its entire product population during the class period (i.e., about 14,300 distinct stock keeping units) is overly burdensome and impossible to accomplish without significant resource deployment. Taking this argument at face value, one need in fact not evaluate the entire population in order to develop valid inferences regarding the behavior of its members (i.e., the use of reference pricing across the Lenovo product line-up), as the sampling discussion above established. In short, a sampling approach can be developed to lessen the alleged burden by selecting a random representative sample of Lenovo products sold during the Class period, in order to assess the prevalence of discount pricing behavior in the overall population.

B. Best Practices

41. As described above, the use of probability samples is typically recommended in this type of research. "With probability methods, a sampling frame (i.e., an explicit list of units in the population) must be created. Individual units then are selected by an objective, well-defined chance procedure, and measurements are made on the sampled units" (National Research Council 2011, p. 224).

42. Given that the population (i.e., the list of products sold on lenovo.com during the Class period) exists but is unavailable for direct assessment (in terms of specific pricing and sales data), the key decision consists of appropriately sampling a subset thereof, in line with established and valid principles of statistics and survey research design. The resulting sample should both significantly reduce the data production burden on the Defendant[11] and allow the Plaintiffs to

---

[9] FAC, ¶ 1.

[10] FAC, ¶ 11.

[11] Given the approximate population size reported by Defendant and typical levels of acceptable sampling error and associated confidence, it is likely that the required sample size will be on the order of a few hundred products.

make reliable inferences about the prevalence of discount pricing in the entire population of interest.

43. As discussed above, given the goal of obtaining unbiased and reliable estimates from the target population, a probabilistic (i.e., random) sampling approach is appropriate in this case.

44. It is my understanding that Defendant has made representations according to which there may be considerable variance in the use of discount pricing across its product portfolio (i.e., by product type, sub-brand, etc.).

45. As discussed above, such context lends itself to the use of stratified random sampling, with proportional representation from each stratum (defined as appropriate – i.e., around product type, sub-brand, etc.) for sale on lenovo.com during the Class period.

C. Plaintiffs' Proposed Sampling Approach

46. It is my understanding that Plaintiffs have put forth a sampling plan that entails stratified random sampling, with specific levels of acceptable sampling error and associated confidence. This approach allows for the determination of an optimum sample size and is overall appropriate for the purpose of establishing the prevalence of price discounting behavior in which Defendant engaged during the Class period.

D. Defendant's Proposed Sampling Approach

47. It is my understanding that Defendant has put forth a sampling plan that entails non-probability purposive sampling, with no specific levels of acceptable sampling error and associated confidence. This approach (which amounts to merely picking 12 products sold during the Class period) is inappropriate for the purpose of establishing the prevalence of price discounting behavior in which Defendant engaged during the Class period.

48. To begin with, this approach fails to satisfy the Federal Judicial Center's *Manual for Complex Litigation* (2004) requirement that "any use of sampling in the context of class-related discovery provides a meaningful random, or at least objective, sample of data" (p. 257). Clearly, the manner in which one party selects these 12 products can be readily objected to by the other party as subjective (i.e., it can introduce selection bias into the study – Freund and Wilson 2003) and not in line with acceptable principles of statistical sampling. As previously

mentioned, the critical consideration during sampling is that "the actual selection of sample elements not be subject to personal or other bias" (Freund and Wilson 2003, p. 44).

49. Inappropriate sampling creates a lack of representativeness of the sample relative to the target population, which severely limits one's ability to extrapolate the findings from the former to the latter.

50. Finally, even if the choice of the 12 sample units were random, the extremely small size of the sample would render the confidence associated with the sample findings extremely low and therefore any population inferences unreliable.

E. Summary

51. Given the goal of establishing the prevalence of price discounting behavior in which Defendant engaged during the Class period, it is critical that the methodological approach to sampling the target population (i.e., products sold by Defendant on lenovo.com during the Class period) be reliable and in line with basic principles of statistics and survey research. The Plaintiffs' proposed approach achieves this goal, whereas the Defendant's proposed approach does not.

IV. CONCLUSIONS

52. In conclusion, as stated and detailed above and based on my expertise as well as established principles of statistics, sampling, and survey research, I have formed the following opinions in this case:

(a) The sampling plan proposed by the Plaintiffs follows best practice in terms of sound sampling methodology, required to produce an unbiased and reliable sample of pricing and sales data for products sold on lenovo.com during the Class period. This approach allows for an accurate estimate of the prevalence of price discounting employed by the Defendant.

(b) The sampling plan proposed by the Defendant does not follow best practice in terms of sound sampling methodology, required to produce an unbiased and reliable sample of pricing and sales data for products sold on lenovo.com during the Class period. This approach does not allow for an accurate estimate of the prevalence of price discounting employed by the Defendant.

53. My opinion is subject to supplementation, revision, clarification, or correction as appropriate, should additional information come to light.

54. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on November 22, 2023 in San Diego, California    _____

                                                          Claudiu V. Dimofte, PhD

2023 © Claudiu Dimofte, PhD

Appendix A

# CLAUDIU V. DIMOFTE

Fowler College of Business                    Department of Marketing
San Diego State University                    619.594.0209
5500 Campanile Drive                          cdimofte@sdsu.edu
San Diego, CA 92182                           dimofte.sdsu.edu

## EDUCATION

| | |
|---|---|
| University of Washington – Philosophiae Doctor (Marketing) | Seattle, WA (2004) |
| University of South Carolina – Master of Business Administration (Intl. Business) | Columbia, SC (1998) |
| West University – Bachelor of Science (Economics) | Timisoara, Romania (1996) |

## ACADEMIC POSITIONS

| | |
|---|---|
| San Diego State University – Professor of Marketing | San Diego, CA (2011-present) |
| Université Paris-Dauphine – Visiting Professor of Marketing | Paris, France (2016-present) |
| Rutgers University – Visiting Professor of Marketing | Camden, NJ (2016-2017) |
| Georgetown University – Assistant Professor of Marketing | Washington, DC (2004-2011) |

## RESEARCH

**Books and Book Chapters**

Dimofte, Claudiu V. (2024), "Global Brands in the Age of Anti-Globalization." In Malhotra, Naresh K., Kelly Hewett, and Yuliya Strizhakova (Eds.), *Review of Marketing Research*. New York, NY: Emerald Publishing.

Dimofte, Claudiu V. (2024), "Advertising Threats to Consumer Self-Esteem." In Ruvio, Ayalla and Russell W. Belk (Eds.), *Handbook of Identity and Consumption*. New York, NY: Routledge.

Dimofte, Claudiu V. (2023), "Countering False Marketplace Information." In Florack, Arnd (Ed.), *Handbook of Social Cognition and Communication*. New York, NY: Routledge.

Dimofte, Claudiu V., Curtis P. Haugtvedt, and Richard F. Yalch (2015), *Consumer Psychology in a Social Media World*. New York, NY: Routledge.

Dimofte, Claudiu V. (2015), "Unconscious Cognition Effects in Consumer Research." In Jansson-Boyd, Cathrine, and Magdalena Zawisza (Eds.), *International Handbook of Consumer Psychology*. Abingdon, OX: Taylor & Francis.

Dimofte, Claudiu V. (2010), "Consumer Aspects of International Marketing." In Bagozzi, Richard P. and Ayalla Ruvio (Eds.), *Consumer Behavior*. New York, NY: Wiley & Sons.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "The Use and Abuse of Polysemy." In Lowrey, Tina M. (Ed.), *Psycholinguistic Phenomena in Marketing Communications*. Mahwah, NJ: Erlbaum.

Dimofte, Claudiu V. and Richard F. Yalch (2005), "Consumer Disbelief and Attitudes: An Implicit Memory Explanation for Why Believability Is Not Necessary for Persuasion." In Kardes, Frank R., Paul M. Herr, Jaques Nantel. (Eds.), *Applying Social Cognition to Consumer-Focused Strategy*. Mahwah, NJ: Erlbaum.

**Refereed Journal Articles and Proceedings**

Dimofte, Claudiu V. (2023), "Brand Associations Can Produce Implicit Trademark Infringement," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 50.

Dimofte, Claudiu V. (2022), "Subjective Scales Can Enhance Consumer Expectations and Lower Product Evaluations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 49.

Stone, Matthew D., Claudiu V. Dimofte, David R. Strong, Kim Pulvers, Noe Crespo, and John P. Pierce (2022), "Evaluating US Smokers Willingness-to-Pay for Different Cigarette Packaging Designs Before and After Real-world Exposure in a Randomized Trial," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221).

2023 © Claudiu Dimofte, PhD

13

Dimofte, Claudiu V. (2021), "Assessing the Relationship between Product Scarcity and Consumer Utility," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 48.

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte (2020), "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 47.

Pierce, John P., David R. Strong, Stone, Matthew D., Adriana Villaseñor, Claudiu V. Dimofte, Leas, Eric, Oratowski, Jesica, Elizabeth Brighton, Samantha Hurst, Kim Pulvers, Sheila Kealey, Ruifeng Chen, and Karen Messer (2020), "Real-World Exposure to Graphic Warning Labels on Cigarette Packs in U.S.  Smokers: The CASA Randomized Trial Protocol," *Contemporary Clinical Trials* (Q1 SJR, Impact Factor: 2.480), 98, 106152.

Stone, Matthew D., Claudiu V. Dimofte, David R. Strong, Adriana Villaseñor, Kim Pulvers, Karren Messer, and John P. Pierce (2020), "A Tool to Assess Appeal-Aversion Response to Graphic Warning Labels on Cigarette Packs among United States Smokers," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 30 (3), 312-319.

Dimofte, Claudiu V. (2019), "American Conservatives: Anti-Globalist Global Brand Consumers," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 46.

Leas, Eric C., John P. Pierce, Claudiu V. Dimofte, Dennis Trinidad, and David R. Strong (2018), "Standardized Cigarette Packaging May Decrease the Implied Safety of Natural American Spirit Cigarettes," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 27 (2), 118-123.

Latifi Kasani, Negin, and Claudiu V. Dimofte (2017), "The Dissimilarity Magnifying Bias," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 44.

Leas, Eric C., Claudiu V. Dimofte, and David R. Strong (2017), "Standardized Packaging May reduce the Perception that American Spirit Cigarettes Are Less Harmful," *Annals of Behavioral Medicine* (Q1 SJR, ranked 17th out of 137 journals in Psychology/Multidisciplinary, Impact Factor: 3.575), 51, S856-S857.

Leas, Eric C., John P. Pierce, Claudiu V. Dimofte, Adriana Villaseñor, and David R. Strong (2016), "US Adult Smokers' Perceptions of Australia's Cigarette Warning Labels: Variance by Warning Content and Consistency across Socio-Demographic Sub-Segments," *Tobacco Control* (Q1 SJR, ranked 8th out of 530 journals in Public Health, Impact Factor: 6.221), 25 (6), 485-496.

Dimofte, Claudiu V., and Negin Latifi Kasani (2016), "When Celebrity Ad Placements Backfire," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 43.

Dimofte, Claudiu V., Ronald C. Goodstein, and Anne M. Brumbaugh (2015), "A Social Identity Perspective on Aspirational Advertising: Implicit Threats to Collective Self-Esteem and Strategies to Overcome Them," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 25 (3), 416-430.

Ivanic, Arti, Claudiu V. Dimofte, Rastislav Ivanic, and Maros Ivanic (2015), "The GroupSolver Method for Quantifying Qualitative Research," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 42.

Dimofte, Claudiu V., Kyra Wiggin, and Richard F. Yalch (2014), "To Wait or Not? Why Creating Curiosity May Increase Patience," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 41.

Dimofte, Claudiu V., and Katharina Zeugner-Roth (2013), "The Effects of Consumer Ethnocentrism and Cosmopolitanism on Consumers' Global/Local Brand Choice," *Advances in Consumer Research*, 40.

Dimofte, Claudiu V., and Chris Janiszewski (2013), "The Illusion of Lie Effect: The Suspicious Fluency of Round Numbers," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 40.

Johansson, Johny K., Claudiu V. Dimofte, and Sanal Mazvancheryl (2012), "The Performance of Global Brands in the 2008 Financial Crisis: A Test of Two Brand Value Measures," *International Journal of Research in Marketing* (Q1 SJR, ABS category 4 – "top journal," Impact Factor: 2.593), 29 (4), 235-245.

Ülkü, Sezer, Claudiu V. Dimofte, and Glen M. Schmidt (2012), "Consumer Valuation of Modularly Upgradeable Products," *Management Science* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 4.219), 58 (9), 1761-1776.

Florack, Arnd, Claudiu V. Dimofte, Karin Rossler, and Susanne Leder (2012), "Brand-Related Background Music and Consumer Choice," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Cassab, Harold, and Claudiu V. Dimofte (2012), "Everyday Objects of Desire: Dimensions of Design Innovation and the Centrality of Product Aesthetics," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin (2012), "False but Persuasive Information: The Automatic Success of Infomercials," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 39.

Dimofte, Claudiu V. and Richard F. Yalch (2011), "The Mere Association Effect and Brand Evaluations," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 21 (1), 24-37.

Dimofte, Claudiu V., Ronald C. Goodstein, and Ajay Kalra (2011), "Context-Sensitive Advertising: A Fitting Story," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 38.

Dimofte, Claudiu V. and Richard F. Yalch (2010), "The Role of Frequency of Experience with a Product Category and Temporal Orientation in Self-Referent Advertising," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 20 (3), 343-354.

Dimofte, Claudiu V., Johny K. Johansson, and Richard P. Bagozzi (2010), "Global Brands in America: How Consumer Ethnicity Mediates the Global Brand Effect," *Journal of International Marketing* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.375), 18 (3), 82-106.

Dimofte, Claudiu V. (2010), "Implicit Measures of Consumer Cognition: A Review," *Psychology & Marketing* (Q1 SJR, ABS category 3 – "high quality," Impact Factor: 2.023), 27 (10), 921-937 (invited article).

Dimofte, Claudiu V. and Richard F. Yalch (2010), "Consumer Processing of Irrelevant Brand Associations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 37.

Dimofte, Claudiu V. and Johny K. Johansson (2009), "Scale-Dependent Automatic Shifts in Brand Evaluation Standards," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 19 (2), 158-170.

Dimofte, Claudiu V. and Johny K. Johansson (2009), "Consumer Expectations and The Automatic Shifting of Standards in Brand Evaluations," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 36.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen (2008), "Cognitive and Affective Reactions of American Consumers to Global Brands," *Journal of International Marketing* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.375), 16 (4), 115-137.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen (2008), "Spanning the Globe," *Marketing Management*, 17 (5), 40-43.

Dimofte, Claudiu V. and Richard F. Yalch (2008), "The Role of Product Category Familiarity in Self-Referent Advertising," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 35.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "Consumer Response to Polysemous Brand Slogans," *Journal of Consumer Research* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.800), 33 (4), 515-522.

Dimofte, Claudiu V. and Richard F. Yalch (2007), "The SMAART Scale: A Measure of Individuals' Automatic Access to Secondary Meanings in Polysemous Statements," *Journal of Consumer Psychology* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 3.385), 17 (1), 49-58.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald (2006), "Brand Names and Transitive Implicit Associations," *European Advances in Consumer Research*, 7.

Dimofte, Claudiu V. and Richard F. Yalch (2005), "The SMAART Scale: Measure Development and Validation," *Advances in Consumer Research* (ABS category 2 – "well regarded"), 32.

Dimofte, Claudiu V., Mark R. Forehand, and Rohit Deshpandé (2004), "Ad Schema Incongruity as Elicitor of Ethnic Self-Awareness and Differential Advertising Response," *Journal of Advertising* (Q1 SJR, ABS category 3 – "highly regarded," Impact Factor: 3.518), 32 (4), 7-18.

2023 © Claudiu Dimofte, PhD

## Manuscripts Under Review

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte, "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," *Journal of the Academy of Marketing Science* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 5.888).

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "Consumer Cosmopolitanism: a Meta-Analysis and New Applications." *Journal of International Business Studies* (Q1 SJR, ABS category 4* – "world leading," listed among Financial Times' Top 50 Journals in Business Schools, Impact Factor: 11.380).

## Conference Presentations

Dimofte, Claudiu V., "Subjective Scales Can Enhance Consumer Expectations and Lower Product Evaluations," ACR Conference in Denver, 2022.

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "*The Brand Choices of Cosmopolitan Globetrotting Consumers.*" SCP Conference in Singapore, 2022.

Braymiller, Jessica. L., Matthew D. Stone, Reid C. Whaley., Yi Zhang, David R Strong, Claudiu V. Dimofte, & Jessica L. Barrington-Trimis. *Relative importance of e-cigarette characteristics among young adults who vape: Findings from a novel maximum difference choice task.* Annual Meeting of the Society for Research on Nicotine and Tobacco, 2021.

Ngo Christie, Cwalina S.N., Yi Zhang, Matthew D. Stone, David R. Strong, Claudiu V. Dimofte, and Jessica L. Barrington-Trimis. *Comparison of Five Online Data Collection Platforms for Recruitment of Young Adult Vapers.* 27th Annual Meeting of the Society for Research on Nicotine and Tobacco, 2021.

Dimofte, Claudiu V., "Assessing the Relationship between Product Scarcity and Consumer Utility," ACR Conference in Seattle, 2021.

Whaley, Reid C., Cwalina, S.N., E.A. Kreuger, Jessica L. Braymiller, Matthew D. Stone, Christie Ngo, David R. Strong, Claudiu V Dimofte, and Jessica L. Barrington-Trimis. *The importance of e-cigarette device and e-liquid product characteristics among young adults who vape.* Society for Research on Nicotine and Tobacco Annual Meeting, 2021.

Andriuzzi, Andria, Géraldine Michel, and Claudiu V. Dimofte, "How Brand Conversations on Social Media Prompt Jealousy in Brand Relationships," ACR Conference in Paris, 2020.

Dimofte, Claudiu V., "American Conservatives: Anti-Globalist Global Brand Consumers," ACR Conference in Atlanta, 2019.

Dimofte, Claudiu V., "When Anti-Globalization Stance and Global Brand Preference Coexist: The Curious Case of Conservative-Leaning U.S. Consumers," AMA Global Marketing SIG Conference in Buenos Aires, 2019.

Dimofte, Claudiu V., "Affective Debriefing in Experimental Consumer Psychology Research Employing Deception," ICPS Conference in Paris, 2019.

Dimofte, Claudiu V., "Dissimilarities Loom Larger than Similarities in Social Perception," SCP Conference in Savannah, 2019.

Dimofte, Claudiu V., "Affective Debriefing in Experimental Consumer Psychology Research Employing Deception," SCP Conference in Savannah, 2019.

Stone, Matthew, Claudiu V. Dimofte, Adrianna Villasenor, Jessica Oratowski, Eliza Jeong, John P. Pierce, David R. Strong. "The Effect of Graphic Warning Labels on the Sensitivity to Cigarettes Pack Prices," Annual Conference of the Society for Research on Nicotine and Tobacco in San Francisco, 2019.

Zeugner-Roth, Katharina, Claudiu V. Dimofte, and Fabian Bartsch, "The Role of Consumer Nationality and Product Country-of-Origin for Brand Choice in Countries of Low Product Ethnicity," AMA Global Marketing SIG Conference in Santorini, 2018.

Dimofte, Claudiu V. and Chris Janiszewski, "Round Numbers Produce Unwarranted Skepticism," La Londe Consumer Behavior Conference in La Londe Les Maures, 2017.

Dimofte, Claudiu V. and Richard F. Yalch, "Developing Effective Counter Messages to False Marketplace Information," Consumer Behavior Conference in La Londe Les Maures, 2017.

Dimofte, Claudiu V., and Negin Latifi Kasani, "When Celebrity Ad Placements Backfire," ACR Conference in Berlin, 2016.

Strong, David R., Claudiu V. Dimofte, Eric Leas, Samantha Hurst, Adrianna Villasenor, Jessica Oratowski, Eliza Jeong, John P. Pierce, *Appeal of Tobacco Product Packaging: Influences of Removing Brand Imagery.* Annual Conference of the Society for Research on Nicotine and Tobacco in Chicago, 2016.

Ivanic, Arti, Claudiu V. Dimofte, Rastislav Ivanic, and Maros Ivanic, "The GroupSolver Method for Quantifying Qualitative Research," ACR Conference in New Orleans, 2015.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin, "To Wait or Not? Why Creating Curiosity May Increase Patience," ACR Conference in Baltimore, 2014.

Zeugner-Roth, Katharina, and Claudiu V. Dimofte, "Consumers' Global vs. Local Brand Choice in Foreign Contexts," EMAC Conference in Valencia, 2014.

Dimofte, Claudiu V, and Arnd Florack, "The Effect of Background Music on Consumer Response," EMAC Conference in Valencia, 2014.

Dimofte, Claudiu V., and Katharina Zeugner-Roth, "The Effects of Consumer Ethnocentrism and Cosmo-politanism on Consumers' Global vs. Local Brand Choice," ACR Conference in Chicago, 2013.

Dimofte, Claudiu V, and Chris Janiszewski, "The Illusion of Lie Effect: The Suspicious Fluency of Round Numbers," ACR Conference in Chicago, 2013.

Dimofte, Claudiu V, Ronald C. Goodstein, and Ajay Kalra, "Context-Sensitive Advertising: A Fitting Story," SCP Conference in San Antonio, 2013.

Dimofte, Claudiu V., Richard F. Yalch, and Kyra Wiggin, "False but Persuasive Information: The Automatic Success of Infomercials," ACR Conference in Vancouver, 2012.

Florack, Arnd, Claudiu V. Dimofte, Karin Rossler, and Susanne Leder, "Brand-Related Background Music and Consumer Choice," ACR Conference in Vancouver, 2012.

Cassab, Harold, and Claudiu V. Dimofte, "Everyday Objects of Desire: Dimensions of Design Innovation and the Centrality of Product Aesthetics," ACR Conference in Vancouver, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," EIRASS Conference in Vienna, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," AMA/ACRA Conference in Seattle, 2012.

Florack, Arnd, Susanne Leder, and Claudiu V, Dimofte, "Brand-Related Background Music and Consumer Choice," SCP Conference in Las Vegas, 2012.

Dimofte, Claudiu V, Ronald C. Goodstein, and Ajay Kalra, "Context-Sensitive Advertising: A Fitting Story," ACR Conference in St. Louis, 2011.

Johansson, Johny K. and Claudiu V. Dimofte, "Brand Value Effects on Stock Market Performance," Global Branding Conference in Istanbul, 2010.

Johansson, Johny K. and Claudiu V. Dimofte, "Brand Value Effects on Stock Market Performance," AIB Conference in Rio de Janeiro, 2010.

Dimofte, Claudiu V., Johny Johansson, and Katharina Zeugner-Roth, "Global and Local Brands in the Beer Market: A Dual-Nation Analysis," Global Branding Conference in Istanbul, 2010.

Dimofte, Claudiu V., Anne Brumbaugh, and Ronald C. Goodstein, "Consumer Comparison to the Product User Prototype Affects Brand Attitudes," SCP Conference in St. Petersburg, 2010.

Dimofte, Claudiu V. and Richard F. Yalch, "Consumer Processing of Irrelevant Brand Associations," ACR Conference in Pittsburgh, 2009.

Dimofte, Claudiu V. and Johny K. Johansson, "The Automatic Shifting of Standards in Brand Evaluations," ACR Conference in San Francisco, 2008 and the La Londe Consumer Behavior Conference in La Londe Les Maures, 2009.

Dimofte, Claudiu V. and Richard F. Yalch, "Brand Rumors: Cognitive Mechanisms for Acceptance and Strategies for Quelling," SCP Conference in Las Vegas, 2007.

Dimofte, Claudiu V. and Richard F. Yalch, "The Role of Consumer Familiarity with the Product Category in Self-Referent Persuasion," ACR Conference in Memphis, 2007.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald, "Brand Names as Sources and Targets of Tangential Implicit Associations," APA Conference in New Orleans, 2006.

Dimofte, Claudiu V., Johny K. Johansson, and Ilkka Ronkainen, "Measuring Brand Globality," AIB Conference in Beijing, 2006.

Dimofte, Claudiu V. and Ronald C. Goodstein: "Explaining the Negative Spillover Effect in Target Marketing," ACR Conference in San Antonio, 2006.

Dimofte, Claudiu V. and Johny K. Johansson, "Brand Stereotypes and Consumer Judgments: The Automatic Shifting of Standards in Brand Evaluations," EMAC Conference in Athens, 2006.

Dimofte, Claudiu V. and Johny K. Johansson, "Brand Stereotypes and Consumer Judgments: The Automatic Shifting of Standards in Brand Evaluations," ACR Conference in San Antonio, 2006.

Dimofte, Claudiu V. "Brand Names and Transitive Implicit Associations," European ACR Conference in Göteborg, 2005.

Dimofte, Claudiu V. and Richard F. Yalch, "The SMAART Scale: Measure Development and Validation," ACR Conference in Portland, 2004.

Dimofte, Claudiu V. and Richard F. Yalch, "Consumer Disbelief and Attitudes: Implicit Memory Explanations for Why Believability Is Not Necessary for Persuasion," SCP Conference in Montréal, 2004.

Dimofte, Claudiu V., Richard F. Yalch, and Anthony G. Greenwald, "Brand Names as Sources and Targets of Tangential Implicit Associations," ACR Conference in Toronto, 2003.

Dimofte, Claudiu V. and Richard F. Yalch, "The Role of Advertisement Copy in Prompting Consumer Access to Slogan Meaning," ACR Conference in Atlanta, 2002.


## Invited Research Presentations

| | |
|---|---|
| Berlin School of Economics and Law, Germany | ESSEC Paris, France |
| Indiana University | HEC *Paris*, France |
| George Mason University | IÉSEG School of Management Lille, France |
| Georgetown University | IÉSEG School of Management Paris, France |
| Rutgers University | Sorbonne Business School Paris, France |
| San Diego State University | Technische Universität *Dortmund, Germany* |
| University of British Columbia | Universidad Católica Portuguesa Lisbon, Portugal |
| University of Central Florida | Université Paris-Dauphine Paris, France |
| University of San Diego | *University of Auckland, New Zealand* |
| *University of South Carolina* | *University of Basel, Switzerland* |
| *University of Washington* | University of Vienna, Austria |
| | Zeppelin University, Germany |


## Scholarly Awards and Funded Research Grants

| | |
|---|---|
| Society for Consumer Psychology: | Best Working Paper Award, Annual Conference (2019) |
| Erasmus+ Grant: | Berlin School of Economics and Law (2016) |
| National Institutes of Health: | Tobacco Packaging Research Grant (with UCSD researchers, 2015) |
| San Diego State University: | Fowler College of Business Research Grant (2013, 2015, 2020) |
| | Most Influential MBA Marketing Faculty Award (2014) |
| | Outstanding Faculty Award: Research, Teaching, Service (2014) |
| Society for Consumer Psychology: | Nominee, C.W. Park Award for Outstanding Contribution to JCP |
| National Institutes of Health: | Tobacco Packaging Research Grant (with UCSD researchers, 2015) |
| Academy of International Business: | Best International Mktg. Paper Award, Annual Conference (2010) |
| American Marketing Association: | Student Fellow, Sheth Doctoral Consortium (2004) |
| | Nominee, Howard Award (2005) |

|  |  |
|---|---|
|  | Faculty Fellow, Sheth Doctoral Consortium (2012) |
| San Diego State University: | University Research Grant (2011) |
|  | Fowler College of Business Graduate Fee Grant (2012, 2017, 2021) |
|  | University Mid-Career Research Grant (2020) |
| Georgetown University: | University Competitive Grant (2005) |
|  | University Research Infrastructure Award (2005) |
|  | International Collaborative Research Grant (2007) |
|  | MSB Capital Markets Research Center Grant (2008) |
| University of Washington: | Boeing Fellowship for Academic Excellence (2002) |
|  | Dean's Award for Outstanding Academic Achievement (2002) |
|  | Evert McCabe Endowed Fellowship (2003) |
|  | CIBER Research Award (2004) |
|  | Magna Cum Laude PhD (2004) |
| University of South Carolina: | Graduate Fellowship Grant (1996 – 1998) |
|  | Magna Cum Laude MBA (1998) |
| West University: | National Merit Scholarship (1991 – 1996) |
|  | Summa Cum Laude BS (1996) |
| University of Auckland: | Research Development Program Award (with H. Cassab, 2007) |
| University of Basel: | Research Award (with A. Florack, 2008) |
| Vlerick Leuven Management School: | Research Award (with K. Zeugner-Roth, 2010) |

## TEACHING

| | |
|---|---|
| Interests: | Marketing Management, Consumer Behavior, Marketing Strategy, Marketing Research |
| Evaluations: | *Georgetown University* (7 years) |

- Principles of Marketing (MARK 220):  4.14 out of 5 (vs. 3.67 for the area)
- Consumer Behavior (MARK 222):  4.39 out of 5 (vs. 3.75 for the area)

*San Diego State University* (11 years)

- Marketing Management (BA 627):  4.60 out of 5 (vs. 4.30 for the area)

SDSU Outstanding Faculty Award – Most Influential MBA Professor (2014, 2021)
Fowler College of Business Teaching Excellence Award (2019)

## SERVICE

| | |
|---|---|
| Chair – Marketing Department Rank, Tenure, and Promotion Committee | (since 2017) |
| Chair – San Diego Marketing Camp | (since 2012) |
| Member – Fowler College of Business Faculty Development Committee | (since 2013) |
| Member – Fowler College of Business Rank, Tenure, and Promotion Committee | (since 2022) |
| Graduate Student Advisor for Marketing Area | (since 2013) |
| Member – University Senate | (2012-2018) |
| Editorial Board member for: *Journal of Consumer Psychology* (ABS 4*, world leading) | (since 2012) |
| *Journal of the Academy of Marketing Science* (ABS 4*, world leading) | (since 2017) |
| *Journal of International Marketing* (ABS 3, highly regarded) | (since 2019) |
| Committee Member, *Journal of Consumer Psychology Young Contributor Award* | (since 2018) |
| Committee Member, *American Marketing Association Dissertation Award* | (since 2022) |

Conference Co-Chair, *SCP Advertising and Consumer Psychology Conference – San Diego, 2013*
Working Paper Track Co-Chair, *Association for Consumer Research Conference – New Orleans, 2015*
Consumer Behavior Track Co-Chair, *Academy of Marketing Science Conference – Baltimore, 2009*
Media Coverage : *Newsweek, Wall Street Journal, KPBS, Wallethub, PRNewswire, Newneuromarketing.com*

2023 © Claudiu Dimofte, PhD

## Appendix B

### Claudiu V. Dimofte, PhD – Expert Deposition / Testimony Provided Since 2018

- UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA
  LAURA MARKS, GAYLIA PICKLES and DONNA VANDIVER individually and on behalf of all others similarly situated
  Plaintiffs,
  v.
  KATE SPADE AND COMPANY, A DELAWARE CORPORATION; and DOES 1-50, INCLUSIVE,
  Defendants.
  Case No. 4:15-CV-05329-VC

- SUPERIOR COURT OF THE STATE OF CALIFORNIA
  COUNTY OF ORANGE
  CHELSEA VANCLEVE, CHELSEA VESELY, and ROSITA SHOUSE
  Plaintiffs,
  v.
  CHIEN ET CHAT. INC. d/b/a BARKWORKS PET STORES, and DOES 1-10, INCLUSIVE,
  Defendants.
  Case No. 30-2014-00747275-CU-BT-CJC

- UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF FLORIDA
  JOSHUA WASSER, ILA GOLD, and ROBERTO ISRAEL J. BARAJAS-RAMOS, on behalf of themselves and all others similarly situated,
  Plaintiffs,
  v.
  ALL MARKET INC.,
  Defendant.
  Case No. 1:16-CV-21238

- SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
  ANIMAL LEGAL DEFENSE FUND
  On behalf of the general public,
  Plaintiff,
  v.
  HORMEL FOODS CORPORATION,
  Defendant.
  Case No. 2016CA-004744

- SUPERIOR COURT OF THE STATE OF ARIZONA
  COUNTY OF MARICOPA
  DEBORAH BRITT, MELISSA CHRISTIAN, WARREN DUNN, MARTIN GARCIA,
  KELLIE LANGER, ERICA MARXMANN, WALTER SHIFFLETT, RICKY TUCKER,
  JAQUELINE VILLEGAS, MELISSA WAGSTAFF; and DOES I-X,
  Plaintiffs,
  v.
  PUPPIES.COM, LLC, an Arizona Limited Liability Company d/b/a PUPPYFIND.COM;
  JOHN and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X,
  Defendants.
  Case No. CV2016-016116

- UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF CALIFORNIA
  FRIENDS OF THE EARTH and CENTER FOR FOOD SAFETY
  Plaintiffs,
  v.
  SANDERSON FARMS, INC., a Mississippi corporation,
  Defendant.
  Case No. 3:17-CV-03592-RS

- UNITED STATES DISTRICT COURT
  FOR THE CENTRAL DISTRICT OF CALIFORNIA
  FARID KHAN, an individual, on behalf of himself and all others similarly situated,
  Plaintiff,
  v.
  BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a
  United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited
  company, and DOES 1-10, inclusive.
  Defendants.
  Case No. 2:20-cv-03332-GW-JEM

- UNITED STATES DISTRICT COURT
  FOR THE CENTRAL DISTRICT OF CALIFORNIA
  AUDIO-TECHNICA CORPORATION and AUDIO-TECHNICA U.S., INC.
  Plaintiffs,
  v.
  MUSIC TRIBE COMMERCIAL MY SDN. BHD
  Defendant.
  Case No. 2:21-cv-09009-ODW-AS

- UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA
  RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF
  AMERICA,
  Plaintiff,
  v.
  UNITED STATES DEPARTMENT OF AGRICULTURE, and
  SONNY PERDUE, in his official capacity as Secretary of the United States Department of
  Agriculture,
  Defendants.
  Case No. 20-2552

- AMERICAN ARBITRATION ASSOCIATION
  CYNTHIA KOBEL, an individual, and SHALANDA HOUSTON, an individual, on behalf
  of themselves and all others similarly situated,
  Claimants,
  v.
  JPAY, INC.,
  Respondent.
  Case No. 01-15-0005-3477

- UNITED STATES DISTRICT COURT
  FOR THE CENTRAL DISTRICT OF CALIFORNIA
  SAN JOSE DIVISION
  CARL BARRETT, MICHEL POLSTON, NANCY MARTIN, MICHAEL RODRIGUEZ,
  MARIA RODRIGUEZ, and ANDREW HAGENE. Individually, and on Behalf of All Others
  Similarly Situated,
  Plaintiffs,
  v.
  APPLE INC., a California Corporation; APPLE VALUE SERVICES LLC; and DOES 1
  Through 10, Inclusive,
  Defendants.
  Case No. 5:20-cv-04812-EJD

## Appendix C

Arnab, Raghunath (2017). *Survey Sampling Theory and Applications*. Academic Press.

Federal Judicial Center. *Manual for Complex Litigation*. Federal Judicial Center, 2004.

Frankel, Markel (2013). *Sampling* Theory. In Rossi, Peter H., James D. Wright, and Andy B. Anderson (Eds), *Handbook of Survey Research*. Academic Press.

Freund, Rudolf J., and William J. Wilson (2003). *Statistical Methods*. Elsevier Science.

National Research Council (2011). *Reference Manual on Scientific Evidence* National Academies Press.

Neyman, Jerzy (1934). On the Two Different Aspects of the Representative Method: The Method of Stratified Sampling and the Method of Purposive Selection. *Journal of the Royal Statistical Society*, 97 (4), 558-625.

Scheaffer, Richard L., W. Medenhall, and Lyman Ott (2006). *Elementary Survey Sampling*. Thomson Brooks/Cole.

Singh, Ravindra, and Naurang S. nat 2013at (2013). *Elements of Survey Sampling*. Springer Science & Business Media.

Sudman, Seymour (1976). *Applied Sampling*. Academic Press.

Vehovar, Vasja, Vera Toepoel, and Stephanie Steinmetz (2016). *Non-Probability Sampling*. In The Sage Handbook of Survey Methods.