**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>          Defendant. | Case No. 4:21-cv-06770-JSW-RMI<br>*Assigned to the Hon. Jeffrey S. White*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO MODIFY THE COURT'S SAMPLING ORDER PER RULE 60(B)(6)**<br><br>Action Filed:  August 31, 2021<br>FAC Filed:    January 25, 2022<br>Trial Date:    None Set |

Now before the Court for consideration is Plaintiffs' Andrew Axelrod and Eliot Burk ("Plaintiffs") Motion to Modify the Court's Sampling Order per Rule 60(b)(6) ("Motion"). The Court, having considered the Parties' briefs, responsive briefs, the declarations in support thereof, relevant legal authority, the record in this case, and good cause appearing, hereby **GRANTS** the Motion in its entirety.

The Court's Order re Plaintiffs' Revised Sampling Plan ("Sampling Order") of December 7, 2023 (dkt. 92) is revised as follows:

1. Plaintiffs are entitled to obtain sample data relating to sales and pricing of Lenovo's laptops, desktops, workstations, and tablets that were sold on Lenovo's website from May 31, 2017, to April 30, 2022 ("class products"), in line with Plaintiffs' Revised Sampling Plan.

2. The sample data shall be chosen using randomized stratified sampling, and the sample size shall be determined to assure a statistically significant representation of products across Lenovo's product lines. Within seven (7) days of the date of this Order, Lenovo shall provide to Plaintiffs the "approximately one dozen separate [tracker] spreadsheets" and the "roughly 257 [weekly price change] spreadsheets." The spreadsheets shall be produced in their original, unedited form, with the original file names and metadata preserved.

3. Using the tracker spreadsheets, Plaintiffs' experts will generate a list of the class products, broken out by product type (laptop, desktop, workstation, and tablet) and product family. Plaintiffs will provide the list of class products to Lenovo, and the Parties shall thereafter meet and confer in good faith to agree upon a list of class products that is representative of the entire population of class products. Using statistical sample size calculation methods, Plaintiffs' experts will then calculate the number of products that need to be sampled from each stratum to achieve a 95% level of confidence that the sample data obtained are accurate to +/-5% of the population's values. Using a random number generator, within fourteen (14) days of the Parties' agreement to a list of class products, Plaintiffs' experts will select which of the products in the product list will be selected for the sample and Plaintiffs will provide this list to Lenovo.

4. Within four (4) weeks of receiving the Sample Product List, Lenovo will obtain sales data for the list of sample products and produce the data to Plaintiffs. The sales data for each sample

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO MODIFY THE COURT'S SAMPLING ORDER

product shall include the same type of sales data that Lenovo already produced in LENOVO0000033_HIGHLY CONFIDENTIAL.xlsx and LENOVO0000034_HIGHLY CONFIDENTIAL.xlsx, to the extent such data is available.

**IT IS SO ORDERED.**

Dated: _____

_____
ROBERT M. ILLMAN
United States Magistrate Judge

[Proposed] Order re: Plaintiff's Motion to modify the Court's Sampling Order