| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | P. CRAIG CARDON, Cal. Bar No. 168646 |
| 2 | ccardon@sheppardmullin.com |
| | BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531 |
| 3 | baigboboh@sheppardmullin.com |
| | ALYSSA SONES, Cal. Bar No. 318359 |
| 4 | asones@sheppardmullin.com |
| | 1901 Avenue of the Stars, Suite 1600 |
| 5 | Los Angeles, California 90067-6055 |
| | Telephone:    310.228.3700 |
| 6 | Facsimile:    310.228.3701 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | ABBY H. MEYER, Cal. Bar No. 294947 |
| 8 | ameyer@sheppardmullin.com |
| | 650 Town Center Drive, 10th Floor |
| 9 | Costa Mesa, California 92626-1993 |
| | Telephone:    714.513.5100 |
| 10 | Facsimile:    714.513.5130 |
| 11 | *Attorneys for Defendant* |
| | LENOVO (UNITED STATES) INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:21-cv-06770-JSW-RMI<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**NOTICE OF ERRATA RE: DEFENDANT LENOVO (UNITED STATES) INC.'S REQUEST FOR TELEPHONIC CONFERENCE AND/OR BRIEFING SCHEDULE RE: LENOVO'S MOTION TO ENFORCE SAMPLING ORDER [DKT. 92, 103, 136]**<br><br>Complaint Filed: August 31, 2021<br>FAC Filed:    January 25, 2022<br>Trial Date:    None Set |

**PLEASE TAKE NOTICE** that Defendant Lenovo (United States) Inc. ("Defendant") respectfully submits this errata to Defendant Lenovo (United States) Inc.'S Request For Telephonic Conference And/Or Briefing Schedule Re: Lenovo's Motion To Enforce Sampling Order [Dkt. 92, 103, 136], filed this same day, April 12, 2024. This errata is submitted to make the following correction: the words "meet and confer" at page 4, line 12, are replaced with the words "join in a joint letter brief."

Dated: April 12, 2024					SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

							By     */s/ P. Craig Cardon*
							P. CRAIG CARDON
							ABBY H. MEYER
							BENJAMIN O. AIGBOBOH
							ALYSSA SONES

							*Attorneys for Defendant*
							LENOVO (UNITED STATES) INC.

SMRH:4877-4632-0536.2

-2-					Case No. 4:21-cv-06770-JSW-RMI

SMRH:4870-7356-1782.1