UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANDREW AXELROD, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>  Defendant. | Case No. 21-cv-06770-JSW (RMI)<br><br>**ORDER REQUIRING PARTIES TO FILE LETTER BRIEF**<br><br>Re: Dkt. No. 214 |

Now pending before the court is Plaintiffs' Letter Brief (dkt. 214) setting forth Plaintiffs' complaints regarding a dispute about how and when the Parties should present their next discovery dispute. Plaintiffs report that Defendants have refused to participate in the joint letter brief process for presenting this particular discovery dispute because Defendants reportedly believe that further meet and confer efforts are necessary. *Id*. at 1. The Parties are **ORDERED** to conduct those meet and confer efforts immediately and to file a joint letter brief setting forth their respective positions regarding the issues raised in Plaintiffs' Letter Brief (dkt. 214) no later than 12:00 noon on Tuesday, July 2, 2024.

**IT IS SO ORDERED.**

Dated: June 27, 2024

ROBERT M. ILLMAN
United States Magistrate Judge