UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: February 14, 2025　　　　　**TIME IN COURT**: 1 hour, 8 minutes

**JUDGE**: JEFFREY S. WHITE　　　　**RECORDED VIA ZOOM**: 8:57-10:05

**COURTROOM DEPUTY**: Kelly Collins

**CASE NO.**: 21-cv-06770-JSW

**TITLE**: Andrew Axelrod, et al. v. Lenovo (United States) Inc.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Daniel Rozenblatt | Craig Cordon |
| Natasha Dandavati | Alyssa Sones |
| Cody Padgett | Penelope Dixon – Lenovo in house counsel, head of global commercial litigation |

**PROCEEDINGS**: Motion Hearing

**RESULTS**: Plaintiff's Motion to Certify Class - HELD via Zoom; Defendant's Motion Under Federal Rules of Evidence 702 and 403 to Exclude Claudiu V. Dimofte, Ph.D.'s Opinions regarding Consumer Behavior - HELD via Zoom; Defendant's Motion Under Federal Rules of Evidence 702 and 403 to Exclude Christian Tregillis' Opinions regarding Class Wide Damages and Liability – HELD via Zoom.

The Court hears arguments on the motion. The matter is taken under submission, written order to follow.