UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANDREW AXELROD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LENOVO (UNITED STATES) INC., <br><br> Defendant. | Case No. 21-cv-06770-JSW (RMI) <br><br> **ORDER ON JOINT LETTER BRIEF** <br> Re: Dkt. No. 361 |

Upon consideration of the Joint Letter Brief (dkt. 361), the court ORDERS as follows:

*RFPs 37-39 & 41-43*

Lenovo shall either provide a statement that it has produced all responsive documents in its possession and is not withholding any documents based on its objections, or provide a statement that it is withholding certain documents based on certain objections, or produce all non-privileged responsive documents.

*RFP 35 & 69*

Plaintiffs' requests for further discovery responses here are DENIED. Lenovo has already run the search terms "Est Value" and "Estimated Value" across the ESI of 5 custodians selected by Plaintiffs and any non-privileged hits through April 30, 2022, were produced and Plaintiffs have had an opportunity to question witnesses as to estimated value. As Lenovo has articulated, the determination to switch to estimated value was on the advice of litigation counsel, which means further discovery here is only likely to lead to more privileged information and Plaintiff has failed to provide a sufficient relevance basis to overcome the burden it seeks to impose. Plaintiffs have already received sufficient discovery on this matter.

**IT IS SO ORDERED.**

Dated: November 25, 2025

ROBERT M. ILLMAN
United States Magistrate Judge