SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
baigboboh@sheppardmullin.com
ALYSSA SONES, Cal. Bar No. 318359
asones@sheppardmullin.com
CHLOE G. CHUNG, Cal. Bar No. 341398
cchung@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130

*Attorneys for Defendant*
LENOVO (UNITED STATES) INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>            Defendant. | Case No. 4:21-cv-06770-JSW-RMI<br><br>[*Assigned to the Hon. Jeffrey S. White*]<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' REQUEST FOR TELEPHONIC CONFERENCE OR, IN THE ALTERNATIVE, ORDER COMPELLING LENOVO TO FILE JOINT LETTER BRIEF PURSUANT TO PARAGRAPH 4(b) OF THE GENERAL STANDING ORDER OF JUDGE ROBERT M. ILLMAN**<br><br>Complaint Filed:    August 31, 2021<br>FAC Filed:          January 25, 2022<br>Trial Date:          None Set |

-1-                                    Case No. 4:21-cv-06770-JSW-RMI

This matter having come before this Court upon Plaintiffs Andrew Axelrod and Eliot Burk's ("Plaintiffs") Administrative Motion to Consider Whether Material Should be Sealed ("Sealing Motion"), and the Court having read and considered all documents filed in support thereof, including Defendant Lenovo (United States) Inc.'s ("Lenovo" or "Defendant") Statement in Support of Plaintiff's Sealing Motion (the "Statement"), the supporting declarations and exhibits thereto, and all other documents in the record, and the Court finding good cause and compelling reasons therefor, hereby **ORDERS** as follows:

1.      Plaintiffs' Sealing Motion is **GRANTED IN PART** as to Exhibit A to the Declaration of Natasha Dandavati ("Dandavati Declaration") [Dkt. 347-1].

2.      Plaintiffs' Sealing Motion is **GRANTED** as to Exhibit B to the Dandavati Declaration.

3.      The following portion of Exhibit A to the Dandavati Declaration, as well as the entirety of Exhibit B to the Dandavati Declaration, is hereby ordered sealed:

| Materials Sought To Be Sealed | Description |
|---|---|
| Exhibit A to the Dandavati Declaration, at p. 2, first full paragraph, second to the last sentence after "reference prices, Lenovo" to the end of that sentence. | Cites to Lenovo's confidential pricing strategies. |
| Exhibit B to the Dandavati Declaration. | Data derived from, and which may capture, show or reflect, Lenovo's confidential pricing data. |

**IT IS SO ORDERED.**

Dated: February 3, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

-2-                                          Case No. 4:21-cv-06770-JSW-RMI