# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>      Defendant. | Case No. 4:21-cv-06770-JSW-RMI<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO EXTEND DEADLINES RE DKT. 380**<br><br>Complaint Filed: August 31, 2021<br>FAC Filed:     January 25, 2022<br>Trial Date:     None Set |

SMRH:4897-6102-4674.1

# [PROPOSED] ORDER

This matter comes before this Court upon consideration of Defendant Lenovo (United States) Inc.'s ("Defendant" or "Lenovo") Letter Request for Order Extending the Briefing and Hearing Schedule Set Forth at Dkt. 380.  The Court has considered all papers submitted in support of the Request and in opposition thereto, the relevant legal authority, and the record in this case, and finding good cause therefor, the Court hereby **GRANTS** Lenovo's Request.

**IT IS HEREBY ORDERED THAT** the following deadlines associated with Plaintiffs' *Motion for Sanctions Against Lenovo and its Counsel for Spoliation of Evidence* [Dkt. 380] ("*Motion*") are extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Response to the *Motion* | April 21, 2026 | Four weeks following the Court's order on Lenovo's *Administrative Motion to Enforce the Scheduling Order* [Dkt. 382] |
| Deadline for Reply to the *Motion* | April 28, 2026 | Three weeks following the submission of Lenovo's response to the *Motion* |
| Hearing on the *Motion* | May 12, 2026, at 11:00 a.m. | The court will set a hearing if necessary |

**IT IS SO ORDERED.**

Dated:  April 17, 2026                    By _____

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

-1-                                                    Case No. 4:21-cv-06770-JSW-RMI