EDGE, A PROFESSIONAL LAW CORPORATION
Daniel A. Rozenblatt (SBN 336058)
daniel.rozenblatt@edge.law
981 Mission Street 20
San Francisco, CA 94103
Telephone: (415) 515-4809

CAPSTONE LAW APC
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani@capstonelawyers.com
Majdi Y. Hijazin (pro hac vice)
Majdi.Hijazin@capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiffs and the Certified Classes*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No.: 4:21-cv-06770-JSW-RMI<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' RESPONSE IN OPPOSITION TO LENOVO'S STATEMENT IN SUPPORT OF SEALING (DKT. NO. 401)**<br><br>Action Filed:  August 31, 2021<br>FAC Filed:   January 25, 2022<br>Trial Date:   None set |

Case No. 4:21-cv-06770-JSW-RMI

Pursuant to Civil Local Rule 79-5, Plaintiffs Andrew Axelrod and Eliot Burk ("Plaintiffs") respectfully move the Court to consider whether another party's material should be sealed in connection with their Response in Opposition to Lenovo's Statement in Support of Sealing ("Response") (Dkt. No. 401) and the Proposed Order filed concurrently therewith (Dkt. No. 401-1). The material at issue has been designated as and/or claimed to be confidential by Defendant Lenovo (United States) Inc. ("Defendant" or "Lenovo") or by non-party Hattis Lukacs & Corrington (formerly known as Hattis & Lukacs) ("Hattis & Lukacs").

Pursuant to Civil Local Rule 79-5(f), Plaintiffs have filed provisionally under seal unredacted versions of their Response and the Proposed Order, which contain material claimed to be confidential by Lenovo or Hattis & Lukacs. Plaintiffs respectfully request that the Court consider whether the following materials produced by Lenovo and Hattis & Lukacs should be provisionally sealed:

1.    Portions of the Response referencing materials designated as and/or claimed to be confidential by Lenovo or Hattis & Lukacs.

2.    Portions of the Proposed Order referencing materials designated as and/or claimed to be confidential by Lenovo or Hattis & Lukacs.

On Monday, April 27, 2026, Plaintiffs notified Lenovo and Hattis & Lukacs of their forthcoming Response and their intent to file the instant administrative motion. Neither Lenovo nor Hattis & Lukacs indicated they would oppose the instant motion. (Dkt. No. 402-1, Declaration of Daniel A. Rozenblatt, ¶ 3.)

Pursuant to Civil Local Rule 79-5(f)(3), within seven (7) days of this filing, the designating parties must file with the Court a statement and/or declaration establishing why the designated information is sealable. A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the designating parties.

Pursuant to Civil Local Rule 79-5(f)(4), Plaintiffs reserve the right to file a response to the statements filed by the designating parties, if any, within four days of the filing of any such statement.

Consistent with the Court's order regarding the sealing of materials in this case, Plaintiffs

will continue to meet and confer with the designating parties to craft a proposed order for the Court's review.  (*See* Dkt. No. 236, Order regarding Motions to Seal and Instructions to All Parties.)

Dated:  April 27, 2026

EDGE, A PROFESSIONAL LAW CORPORATION

By:    /s/ Daniel A. Rozenblatt
Daniel A. Rozenblatt

CAPSTONE LAW APC
Cody R. Padgett
Shahin Rezvani
Majdi Y. Hijazin

*Attorneys for Plaintiffs and the Certified Classes*

Case No. 4:21-cv-06770-JSW-RMI

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH PLAINTIFFS' RESPONSE IN OPPOSITION TO LENOVO'S STATEMENT IN SUPPORT OF SEALING (DKT. NO. 401)