UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AXELROD, et al., | Case No. 21-cv-06770-JSW |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTIONS TO SEAL WITHOUT PREJUDICE** |
| LENOVO (UNITED STATES) INC., | Re: Dkt. Nos. 391, 402 |
| Defendant. | |

Plaintiffs moved to file portions of their opposition to Defendant's motion to enforce the scheduling order under seal.  Defendant filed a statement relating to that motion.  Plaintiffs filed a response to Defendant's statement and moved to seal portions of that response.  The parties also filed motions to seal relating to Plaintiff's motion for sanctions, which is pending before Magistrate Judge Illman.  The Court DENIES WITHOUT PREJUDICE the motions to seal filed in connection with the motion to enforce the scheduling order.  All materials submitted under seal shall remain conditionally sealed.  No later than one week after Judge Illman rules on the motion for sanctions and attendant motions to seal, Plaintiffs and Defendant shall meet and confer and submit a joint motion to seal the briefs and exhibits relating to Defendant's motion to enforce the scheduling order.  If the parties disagree on what materials should be sealed, they shall set forth their respective positions in that joint motion.

**IT IS SO ORDERED**.

Dated: May 26, 2026

_____
JEFFREY S. WHITE
United States District Judge