# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>        Defendant. | Case No.:  4:21-cv-06770-JSW-RMI<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DKT. 412]**<br><br>Action Filed:    August 31, 2021<br>FAC Filed:        January 25, 2022<br>Trial Date:       None Set |

For good cause shown, Plaintiffs Andrew Axelrod and Eliot Burk ("Plaintiffs") Motion to Remove Incorrectly Filed Document is **GRANTED**.

The Clerk of the Court is directed to remove from the docket the document filed at dkt. 412. The Court will consider the document filed at dkt. 414 to be the correct version of Plaintiffs' Opposition to Lenovo's Administrative Motion to File under Seal.

**IT IS SO ORDERED.**

Dated:  June 1, 2026             By: _____

ROBERT M. ILLMAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT