**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW AXELROD and ELIOT BURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No.: 4:21-cv-06770-JSW-RMI<br>*Assigned to the Hon. Jeffrey S. White*<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING DEADLINES BY THIRTY DAYS**<br><br>Action Filed: August 31, 2021<br>FAC Filed: January 25, 2022<br>Trial Date: None set |

Having considered the Joint Stipulation of Plaintiffs Andrew Axelrod and Eliot Burk (collectively, "Plaintiffs") and Defendant Lenovo (United States) Inc. ("Defendant"), to Extend Supplemental Briefing Deadlines by Thirty Days, and good cause appearing, the Court hereby **ORDERS**:

1. The deadline for Plaintiffs to file their supplemental brief, as ordered in Judge Illman's July 29, 2026 Report and Recommendation on Plaintiffs' Motion for Sanctions and Order for Further Briefing, is extended to September 23, 2026;

2. The deadline for Defendant Lenovo (United States) Inc. to file its response is extended to October 21, 2026; and

3. The deadline for Plaintiffs to file their reply is extended to November 4, 2026.

**IT IS SO ORDERED.**

Dated: August 13, 2026

By: ______________________________
ROBERT M. ILLMAN
United States Magistrate Judge