UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANDREW AXELROD, et al.,<br>Plaintiffs,<br>v.<br>LENOVO (UNITED STATES) INC.,<br>Defendant. | Case No. 21-cv-06770-JSW (RMI)<br><br>**ORDER DIRECTING PARTIES TO SUBMIT JOINT LETTER BRIEF**<br>Re: Dkt. Nos. 381, 384, 394, 405, 409, 412, 422, 426, 435 |

Pending before the court are several administrative motions to consider whether another party's material should be sealed filed by Plaintiffs Andrew Axelrod and Eliot Burk. Pls.' Admin. Mot. to Consider Whether Another Party's Material Should Be Sealed, Dkts. 381, 394, 422. Also pending is an administrative motion to seal filed by Defendant Lenovo Inc. Def.'s Admin. Mot. to Seal, Dkt. 409.

All four motions relate to various filings in connection with Plaintiffs' motions for sanctions. Given the number of motions and volume of materials in dispute, the parties are ordered to meet and confer and submit a joint letter brief condensing all materials at issue in one table with their respective arguments with a **consistent citation format**. The joint letter brief is due by **Wednesday, December 2, 2026.**

**IT IS SO ORDERED.**

Dated: November 16, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California